UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW E. ORSO, as successor
trustee to Kenneth D. Bell in his
capacity as court-appointed
receiver for Rex Venture Group, LLC,

  Plaintiff,

v.            Case No. 8:21-mc-138-MSS-CPT

JOSHUA ORDO,

  Defendant.
_____/

VYSTAR CREDIT UNION
Roosevelt Branch
4420 Wabash Ave.
Jacksonville, FL 32210

  Garnishee.
_____/

**ORDER**

  Before the Court is a *Motion for Writ of Garnishment* filed by Matthew E. Orso, as successor trustee to Kenneth D. Bell in his capacity as a court-appointed receiver for Rex Venture Group, LLC.  (Doc. 3).  By way of his motion, Orso seeks a writ to assist him in satisfying an August 14, 2017, Judgment in the amount of $2,411.00 entered in Bell's favor in the Western District of North Carolina against a defendant class, including Defendant Joshua Ordo.  (Docs. 1, 1-1, 3).  According to Orso, that

Judgment—which has since been registered in the Middle District of Florida—remains unsatisfied, and Garnishee Vystar Credit Union has in its possession and control money or property belonging to Ordo sufficient to satisfy the Judgment either in whole or in part. (Doc. 3).

Pursuant to Federal Rule of Civil Procedure 69, the Court looks to the procedures of Florida law governing the execution of a judgment in addressing motions for writs of garnishment. Fed. R. Civ. P. 69(a). Those procedures are found in Chapter 77 of the Florida Statutes and allow for the recovery of a money judgment via such a writ.

Accordingly, it is hereby ORDERED:

1. Orso's *Motion for Writ of Garnishment* (Doc. 3) is granted.

2. The Clerk of Court is directed to issue the Writ of Garnishment attached to Orso's motion upon Garnishee Vystar Credit Union, along with the attached notice to Ordo (Doc. 3-1).

3. Orso is directed to comply with the requirements of Chapter 77 of the Florida Statutes.

SO ORDERED in Tampa, Florida, this 24th day of December 2021.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record